IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIAL TATE,

        Plaintiff,                     No. 2:10-cv-1176 JFM (PC)

   vs.

MARSH, et al.,                      <u>ORDER AND</u>

        Defendants.             <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By an order filed May 25, 2010, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has neither filed an in forma pauperis application nor paid the appropriate filing fee, nor has he responded to the court's order in any way.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign this action to a United States District Judge; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

1   days after being served with these findings and recommendations, plaintiff may file written
2   objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5   F.2d 1153 (9th Cir. 1991).
6   DATED: July 20, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
tate1176.fifp